**No. 59377.**—Universal Commercial Corporation *v.* United States, protest 247653–K (New York).

Opinion by WILSON, J. An examination of the papers in the case not disclosing anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 59378.**—Joseph Gamburg *v.* United States, protest 256723–K (New York).

Opinion by WILSON, J. An examination of the papers in the case not disclosing anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 59379.**—F. L. Kraemer & Co. *v.* United States, protest 260683–K (New York).

Opinion by WILSON, J. An examination of the papers in the case not disclosing anything which would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.